# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| POLICE JURY BOSSIER PARISH | CIVIL ACTION NO. 15-2157 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| PATRICK DEON BLUEFORD, ET AL. | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion to Remand (Record Document 3) is **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 21st day of December, 2015.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE